**David MARTINEZ–MONTIEL,**
**Petitioner**

**v.**

**Loretta E. LYNCH, Attorney General**
**of the United States[1],**
**Respondent.**

**No. 15–1269.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 25, 2015.

Filed: Oct. 7, 2015.

Marisa–Andrea Moore, Law Office of Marisa–Andrea Moore, Pacoima, CA, for Petitioner.

Karen Yolanda Drummond, Carl H. McIntyre, Matthew Allan Spurlock, U.S. Department of Justice, Washington, DC, for Respondent.

1. Loretta E. Lynch has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

David Martinez–Montiel, a citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge to deny withholding of removal.[2] After careful consideration, we conclude that substantial evidence supports the decision. *See Davila–Mejia v. Mukasey*, 531 F.3d 624, 627 (8th Cir.2008). The petition is denied. *See* 8th Cir. R. 47B.

2. The untimeliness of the related asylum application is not an issue before us.